01

02

03

04

05

06

07

08

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

09 UNITED STATES OF AMERICA,                     )
                                                 )
10               Plaintiff,                       )
                                                 )  Case No.: CR04-360-RSL
11        v.                                       )
                                                 )
12 ALVIN SHANTEZ POTTS,                           )  DETENTION ORDER
                                                 )
13               Defendant.                       )
   _____  )

14

15 Offense Charged:

16        Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1) and 924 (a)(2).

17 Date of Detention Hearing:

18        On March 2, 2006, the defendant made his initial appearance.  On March 7, 2006 a

19 detention hearing was held before United States Magistrate Judge Monica J. Benton after which,

20 defendant was released on an appearance bond that included restrictions that he comply with

21 electronic home monitoring, obey a curfew, not use cellular phone or other electronic devices,

22 avoid certain areas of the City of Seattle, and not use, consume, or possess a controlled substance,

23 unless the substance was prescribed to him by a physician.

24        On March 28, 2006, in response to allegations of violations of the appearance bond, the

25 defendant was ordered detained, pending an evidentiary hearing. Dkt. No. 13. On March 31,

26 2006, the defendant had an evidentiary hearing before the Honorable Monica J. Benton.  He

DETENTION ORDER                                                          15.13
18 U.S.C. § 3142(i)                                                      Rev. 1/91
PAGE 1

01 admitted violations 1- 4.  An amended bond was ordered, which added an obligation that the

02 defendant participate in the Global Positioning Service program.  Dkt No. 16.  On April 19, 2006,

03 the defendant pleaded guilty to Count 1 of the Indictment and was permitted to remain on bond.

04 Dkt. No. 17-19.  On June 5, 2006, Pretrial Services filed a Petition for Warrant for Defendant

05 Under Pretrial Services Supervision, alleging that the defendant had violated the terms and

06 conditions of his bond as follows:

07 1.      Alvin Potts has violated the special condition that he participate in the Global

08 Positioning System (GPS) program and abide by all requirements of this program as directed by

09 Pretrial Services by failing to maintain a working telephone line at his residence on or about June

10 5, 2006.

11 2.      Alvin Potts has failed to comply with the special bond condition that he participate

12 in the Global Positioning System (GPS) program and abide by all requirements of the program

13 as directed by Pretrial Services by failing to provide verification of his school enrollment as

14 directed by U.S. Pretrial Services Officer Todd Skipworth.

15 This was supplemented by a Report of Supplemental Violations, filed August 4, 2006,

16 charging the defendant with the following violations:

17 3.      Alvin Potts has violated the special condition of supervision which prohibits him

18 from frequenting the University District of Seattle, Washington by being arrested in the University

19 District of Seattle on or about August 3, 2006.

20 4.      Alvin Potts has violated the special condition of supervision which prohibits him

21 from using any cell phone or other electronic device by being in possession of a cellular phone in

22 the University District of Seattle on or about August 3, 2006.

23 5.      Alvin Potts has violated the special condition which directs him to abide by all

24 requirements of the global Positioning System (GPS) program by cutting off his ankle transmitter

25 without authorization of U.S. Pretrial Services.

26 On August 4, 2006, the defendant appeared before the undersigned Magistrate Judge.  He

01  was advised of his rights in connection with the government's motion to revoke the bond. At the

02  hearing, the defendant admitted violations 1, 3, 4 and 5. The government dismissed alleged

03  violation number 2.

04      The Court then considered whether the bond at issue should be revoked. Pursuant to CrR

05  32.1, CrR46(c) and 18 U.S.C. § 3142(f), and based upon the factual findings and statement of

06  reasons for detention hereafter set forth, finds:

07      FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

08      (1)      On March 7, 2006 defendant was released on bond with pretrial supervision and

09  special conditions. After being taken into custody for violating this bond, he was again released

10  on an amended bond on March 31, 2006.

11      (2)      The defendant has failed to abide by the terms of both bonds, and has admitted the

12  same.

13      (3)      The defendant has pleaded guilty to Count 1 in the Indictment.

14      (4)      There appear to be no conditions or combination of conditions other than detention

15  that will reasonably assure the defendant's appearance at future Court hearings as required , and

16  that will address the defendant's danger to the community.

17      IT IS THEREFORE ORDERED:

18      (1)      Defendant shall be detained pending trial and committed to the custody of the

19          Attorney General for confinement in a correction facility separate, to the extent

20          practicable, from persons awaiting or serving sentences or being held in custody

21          pending appeal;

22      (2)      Defendant shall be afforded reasonable opportunity for private consultation with

23          counsel;

24      (3)      On order of a court of the United States or on request of an attorney for the

25          government, the person in charge of the corrections facility in which defendant is

26          confined shall deliver the defendant to a United States Marshal for the purpose of

01    an appearance in connection with a court proceeding; and

02    (4)    The Clerk shall direct copies of this Order to counsel for the United States, to

03           counsel for the defendant, to the United States Marshal, and to the United States

04           Pretrial Services Officer.

05    DATED this 7th day of August, 2006.

06                                             s/ James P. Donohue
                                               United States Magistrate Judge

07

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

DETENTION ORDER                                                          15.13
18 U.S.C. § 3142(i)                                                      Rev. 1/91
PAGE 4