UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>  v.<br><br>ALVIN SHANTEZ POTTS,<br><br>                  Defendant. | Case No. CR04-360-RSL<br><br>**PROPOSED FINDINGS OF FACT AND DETERMINATION AS TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE** |

INTRODUCTION

I conducted a hearing on alleged violations of supervised release in this case on January 15, 2010. The defendant appeared pursuant to a warrant issued in this case. The United States was represented by Todd Greenberg, and defendant was represented by Kyana Stephens. Also present was U.S. Probation Officer Carol Chavez. The proceedings were digitally recorded.

SENTENCE AND PRIOR ACTION

Defendant was sentenced on January 5, 2007 by the Honorable Robert S. Lasnik for Felon in Possession of a Firearm. He received 28 months of detention and 36 months of supervised release. Mr. Potts began his term of supervised release on November 11, 2009.

PRESENTLY ALLEGED VIOLATIONS

In a petition dated December 18, 2010, U.S. Probation Officer Michael Markham alleged

PROPOSED FINDINGS OF FACT AND DETERMINATION AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE - 1

that defendant violated the following conditions of supervised release:

1. Failing to submit to drug testing on November 24, 2009, December 16, 2009, and December 17, 2009 in violation of a general condition of supervision.

2. Failing to report to the probation office as instructed on December 18, 2009 in violation of standard condition #2.

3. Failing to submit to a monthly supervision report for November 2009 in violation of standard condition #2.

FINDINGS FOLLOWING EVIDENTIARY HEARING

Defendant admitted the above violations, waived any hearing as to whether they occurred, and was informed the matter would be set for a disposition hearing on February 3, 2010 at 8:30 a,m. before District Judge Robert S. Lasnik.

RECOMMENDED FINDINGS AND CONCLUSIONS

Based upon the foregoing, I recommend the court find that defendant has violated the conditions of his supervised release as alleged above, and conduct a disposition hearing.

DATED this 15th day of January, 2010.

BRIAN A. TSUCHIDA
United States Magistrate Judge

PROPOSED FINDINGS OF FACT AND DETERMINATION AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE - 2